JAMES A. QUADRA, State Bar No. 131084
REBECCA M. COLL, State Bar No. 184468
QUADRA & COLL, LLP
649 Mission Street, Fifth Floor
San Francisco, CA  94105
Telephone: (415) 426-3502
Facsimile: (415) 625-9936

Attorneys for Plaintiff John Doe

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>              Plaintiff,<br><br>       v.<br><br>STANFORD UNIVERSITY; ROES 1-50, inclusive,<br><br>              Defendants. | Case No.: 5:16-CV-02228-HRL<br><br>**PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

Plaintiff respectfully requests that the Court remove the inadvertently filed Complaint (Docket No. 1) which has been replaced with a corrected Complaint (Docket No. 7.)

The originally filed document (Docket No. 1) was filed in error, as it was not a pdf with all metadata sufficiently removed from it.  (Coll Declaration ¶2.)  The metadata in the original Complaint contains confidential information that should be protected for the reasons set forth in the previously filed Motion for Leave to File under John Doe Pseudonym (Docket No.3.)  No changes were made to the corrected complaint (Docket No. 7) except for the removal of the inadvertently included metadata.  (*Id*.)

1 | Given that this error was merely a clerical error of filing a PDF that was not sufficiently
2 | "scrubbed," and a clean PDF should have been filed, Plaintiff requests that the Court remove
3 | Docket No. 1 from the docket and replace it with Docket No. 7.

DATED:  April 28, 2016                                    QUADRA & COLL, LLP

                                                By:   */s/ Rebecca Coll*
                                                      JAMES A. QUADRA
                                                      REBECCA COLL
                                                      Attorneys for Plaintiff John Doe