1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    SARAH G. FLANAGAN (CA Bar No. 70845)
2   STACIE O. KINSER (CA Bar No. 300529)
    Four Embarcadero Center, 22nd Floor
3   Post Office Box 2824
    San Francisco, CA 94126-2824
4   Telephone: (415) 983-1000
5   Facsimile: (415) 983-1200

6   Attorneys for Defendant
    The Board of Trustees of the
7   Leland Stanford Junior University

8
    JAMES A. QUADRA, State Bar No. 131084
9   REBECCA M. COLL, State Bar No. 184468
    QUADRA & COLL, LLP
10  649 Mission Street, Fifth Floor
    San Francisco, CA 94105
11  Telephone: (415) 426-3502
    Facsimile: (415) 625-9936
12
    Attorney for Plaintiff John Doe
13
                    IN THE UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
15

16  JOHN DOE,                                    Case No.: 5:16-cv-02228-HRL

17          Plaintiff,                           **STIPULATION AND [PROPOSED]
                                                 ORDER EXTENDING DEADLINES;**
18          vs.                                  **DECLARATION OF STACIE O.
                                                 KINSER IN SUPPORT**
19  STANFORD UNIVERSITY; ROES 1-50,
    inclusive,                                   [Civil Local Rule 6-2]
20
            Defendants.                          Judge: Hon. Howard R. Lloyd
21

22          This stipulation is entered into by and between counsel for Defendant The Board of

23  Trustees of the Leland Stanford Junior University ("Defendant") and counsel for Plaintiff

24  John Doe ("Plaintiff") in the above-captioned action (collectively, the "Parties").

25

26

27

28

1      **RECITALS**

2      WHEREAS, Plaintiff filed the complaint in the above-captioned matter (the

3      "Complaint") on April 25, 2016 (Dkt. 1);

4      WHEREAS, Plaintiff also filed a Petition for Writ of Administrative Mandamus and

5      Complaint for Declaratory Relief in the Superior Court of the State of California – County

6      of Santa Clara, Case No. 16CV294257 on April 25, 2016;

7      WHEREAS, Plaintiff filed a Motion to Stay Action Pending Administrative

8      Mandamus Proceeding in State Court (the "Motion to Stay") on June 6, 2016 (Dkt. 12) and

9      Plaintiff personally served Defendant with the Complaint and the Motion to Stay that same

10     day;

11     WHEREAS, the hearing on the Motion to Stay is currently set for July 12, 2016 at

12     10:00 a.m.;

13     WHEREAS, Defendant does not intend to oppose Plaintiff's Motion to Stay;

14     WHEREAS, Defendant's time to answer or otherwise respond to the Complaint is

15     currently set for June 27, 2016;

16     WHEREAS, the Parties are required to meet and confer pursuant to Federal Rule of

17     Civil Procedure 26(f) and ADR Local Rule 3-5 on or before July 5, 2016 (Dkt. 5);

18     WHEREAS, the Parties agree it is in the interest of fairness and efficiency that if the

19     Court grants the Motion to Stay, all deadlines currently set in the Initial Case Management

20     Scheduling Order (Dkt. 5) should be extended until such time as the stay is lifted.  The

21     Parties further agree that Defendant shall have an extension of time to answer or otherwise

22     respond to the Complaint within 21 days after such time as either the Court denies the

23     Motion to Stay or the stay as granted by the Court is lifted.

24     **STIPULATION**

25     NOW THEREFORE the Parties hereby jointly stipulate and agree, subject to the

26     Court's approval, that all deadlines currently set in the Initial Case Management Scheduling

27     Order will be extended pending the outcome of the Court's decision on the Motion to Stay,

28     and that Defendants shall have an extension of time to file an answer or otherwise respond

1   to the Complaint within 21 days after such time as either the Court denies the Motion to

2   Stay or the stay as granted by the Court is lifted.

3          SO STIPULATED.

4   Dated:  June 13, 2016                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                             SARAH G. FLANAGAN
5                                            STACIE O. KINSER
                                             Four Embarcadero Center, 22nd Floor
6                                            San Francisco, CA  94126-2824

7                                            By _____/s/_____
                                                        Stacie O. Kinser
8                                            Attorneys for Defendant,
                                             THE BOARD OF TRUSTEES OF THE LELAND
9                                            STANFORD JUNIOR UNIVERSITY

10

11  Dated:  June 13, 2016                    QUADRA & COLL, LLP
                                             JAMES A. QUADRA
12                                           REBECCA M. COLL
                                             649 Mission Street, Fifth Floor
13                                           San Francisco, CA 94105

14                                           By _____/s/_____
                                                       Rebecca Coll
15                                           Attorneys for Plaintiff,
                                             JOHN DOE

16              **ATTESTATION OF CONCURRENCE IN FILING**

17          In accordance with N.D. Cal. Local Rule 5-1(i)(3), I hereby attest that I have

18  obtained the concurrence of all other signatories in the filing of this document.

19          Dated:  June 13, 2016.

20                                           PILLSBURY WINTHROP SHAW PITTMAN LLP
                                             SARAH G. FLANAGAN
21                                           STACIE O. KINSER
                                             Four Embarcadero Center, 22nd Floor
22                                           San Francisco, CA  94126-2824

23                                           By _____/s/_____
                                                      Stacie O. Kinser
24                                           Attorneys for Defendant,
                                             THE BOARD OF TRUSTEES OF THE LELAND
25                                           STANFORD JUNIOR UNIVERSITY

26

27

28

1

**[PROPOSED] ORDER**

2      Having duly considered the Stipulation and Request for Order submitted on June 13,

3   2016, by Plaintiff John Doe and Defendant Stanford University and finding good cause

4   appearing,

5      **IT IS HEREBY ORDERED AS FOLLOWS:** All deadlines currently set by the

6   Initial Case Management Scheduling Order (Dkt. 5) shall be extended pending the outcome

7   of the Court's decision on the Motion to Stay (Dkt.12), and Defendants shall have an

8   extension of time to file an answer or otherwise respond to the Complaint within 21 days

9   after such time as either the Court denies the Motion to Stay or the stay as granted by the

10  Court is lifted.

11

12  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13  Dated:_____                    _____

14                                                                          Hon. Howard Lloyd

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF STACIE O. KINSER

2       I, Stacie O. Kinser, declare as follows:

3       1.      I am an attorney at Pillsbury Winthrop Shaw Pittman LLP, counsel for

4  Defendant The Board of Trustees of the Leland Stanford Junior University ("Defendant") in

5  this action.  I have personal knowledge that the facts set forth in this declaration are true

6  and correct and, if called as a witness, could and would testify thereto.

7       2.      As set forth in the attached stipulation, the parties agree that all deadlines

8  currently set in the Initial Case Management Scheduling Order (Dkt. 5) should be extended

9  pending the outcome of the Court's decision on the Motion to Stay filed by Plaintiff on

10 June 6, 2016 (Dkt. 12), and that Defendants shall have an extension of time to file an

11 answer or otherwise respond to the Complaint to 21 days after such time as either the Court

12 denies the Motion to Stay or the stay as granted by the Court is lifted.

13      3.      The parties agree that the extension of deadlines in this matter pending the

14 outcome of the Motion to Stay is in the interest of fairness and judicial efficiency.  Because

15 Defendant does not plan to oppose the Motion to Stay, and because counsel are also

16 representing their respective clients in the state court matter filed by Plaintiff in the

17 Superior Court of the State of California – County of Santa Clara, Case No. 16CV294257

18 on April 25, 2016, it would be a waste of resources and time for both the Court and the

19 parties to concurrently litigate the instant matter.

20      4.      The parties have not previously requested any time modifications in the case.

21      5.      The requested modification will extend all deadlines currently set in the

22 Initial Case Management Scheduling Order, and will extend Defendant's time to answer or

23 otherwise respond to the Complaint by 21 days after such time as either the Court denies

24 the Motion to Stay or the stay as granted by the Court is lifted.

25

26

27

28

1    I declare under penalty of perjury under the laws of the United States that the

2    foregoing is true and correct.

3    Executed this 13th day of June, 2016 at San Francisco, California.

4                                                          /s/

5                                                    Stacie O. Kinser

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28