United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>  v.<br><br>STANFORD UNIVERSITY,<br><br>   Defendant. | Case No. 5:16-cv-02228-HRL<br><br>**ORDER RE PLAINTIFF'S MOTION TO STAY AND JOINT REQUEST TO EXTEND DEADLINES**<br><br>Re: Dkt. Nos. 12, 13 |

  Plaintiff moves to stay the instant action pending the outcome of his state court action for administrative mandamus, *Doe v. Stanford University*, Case No. 16CV294257.[1] Additionally, the parties jointly request an extension of the deadline for defendant's response to the complaint, as well as all current case management deadlines. Good cause appearing, these motions are granted as follows:

  The present lawsuit is stayed pending the outcome of plaintiff's action for administrative mandamus. All previously scheduled deadlines and appearances are vacated. Because it is unclear when the state court proceeding will be completed, this court directs the Clerk to administratively terminate the instant action, solely to reflect that during the stay, this matter will

---

[1] Defendant advises that it does not intend to oppose plaintiff's motion to stay.

1 be removed from this court's docket of active litigation.  Any party may file a motion to reopen
2 this matter should a change in circumstances warrant it.

3     In any event, within 10 days after the completion of plaintiff's administrative mandamus
4 proceeding, plaintiff shall file a notice so advising the court.  Upon the filing of such notice, the
5 stay will automatically be lifted, and this matter will be re-opened and restored on the court's
6 calendar.

7     Defendant shall have 21 days from the lifting of the stay in which to answer or otherwise
8 respond to the complaint.

9     SO ORDERED.

10 Dated:   June 14, 2016

HOWARD R. LLOYD
United States Magistrate Judge

5:16-cv-02228-HRL Notice has been electronically mailed to:

James Andrew Quadra     jquadra@quadracoll.com

Rebecca Coll     rcoll@quadracoll.com,

Stacie Osborn Kinser     stacie.kinser@pillsburylaw.com, susie.macken@pillsburylaw.com

3